# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
OVERTON JR., HARRY B.               §    Case No. 12-41797
                                    §
              Debtor                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/22/2012. The undersigned trustee was appointed on 10/22/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $       250,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 96,040.04 |
   | Bank service fees | 1,880.92 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $       152,079.04

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2015 and the deadline for filing governmental claims was 01/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,750.00 , for a total compensation of $ 15,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 89.84 , for total expenses of $ 89.84 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2016              By:/s/JOSEPH E. COHEN
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-41797 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | OVERTON JR., HARRY B. | | | | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | | | | 341(a) Meeting Date: | 12/06/12 |
| For Period Ending: | 08/22/16 | | | | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21807 Green Forest Road, Deer Park, IL -- Single f | 390,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
|    Cash | | | | | |
| 3. Financial Accounts | 2,500.00 | 0.00 | | 0.00 | FA |
|    Money in checking account at NTB Bank. | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
|    Household goods | | | | | |
| 5. Books / Collectibles | 500.00 | 0.00 | | 0.00 | FA |
|    Books & Pictures | | | | | |
| 6. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
|    Clothing | | | | | |
| 7. Pension / Profit Sharing | 6,000.00 | 0.00 | | 0.00 | FA |
|    Roth | | | | | |
| 8. Pension / Profit Sharing | 5,000.00 | 0.00 | | 0.00 | FA |
|    HSA | | | | | |
| 9. Stock | 1,500.00 | 0.00 | | 0.00 | FA |
|    100% interest in Templeton Group, Inc., d/b/a Petland (an Illinois corporation formed 9/28/2000) | | | | | |
| 10. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
|    Loans to Templeton Group, Inc. d/b/a Petland in the amount of $450,308.00 | | | | | |
| 11. Vehicles | 3,645.00 | 0.00 | | 0.00 | FA |
|    1999 Jeep grand Cherokee | | | | | |
| 12. FRAUD, CONVEYANCE (u) | 0.00 | 300,000.00 | | 250,000.00 | FA |
| 13. ITHACA PISTOL (u) | 350.00 | 0.00 | | 0.00 | FA |
|    Initially unscheduled - on Amended Schedule B | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-41797 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | OVERTON JR., HARRY B. | | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | | 341(a) Meeting Date: | 12/06/12 |
| | | | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. BRITISH WEBLEY PISTOL (u) | 300.00 | 0.00 | | 0.00 | FA |
| Initially unscheduled - on Amended Schedule B | | | | | |
| 15. 2005 SUBARU FORRESTER (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| Initially unscheduled - on Amended Schedule B | | | | | |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $415,845.00 | $300,000.00 | | $250,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS PREPARING TAX RETURNS AND WILL THEN FILE HIS TFR AND RELATED DOCUMENTS - 5/23/2016. ADVERSARY COMPLAINT HAS
BEEN SETTLED AND WAITING FOR FULL PAYMENT ON ADVERSARY - 01/20/16. SETTLEMENT TALKS ARE UNDERWAY - Oct. 31, 2015.
TRUSTEE HAS EMPLOYED SPECIAL COUNSEL AND LITIGATION CONTINUES - April 30, 2015. ADVERSARY COMPLAINT WAS FILED TO AVOID
FRAUDULENT TRANSFER TO DEBTORS SPOUSE - Jan. 17, 2015. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR.
THE TRUSTEE HAS RECEIVED THE BOOKS AND FRECORDS AND IS CONDUCTING A PREFERENCE AND FRAUDYLENT CONVEYANCE ANALYSIS -
January 17, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE IS DRAFTING ADVERSARY COMPLAINTS TO BE FILED - July 17, 2014.
COMPLAINTS TO BE FILED SHORTLY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/30/15     Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-41797 -ABG |
| Case Name: | OVERTON JR., HARRY B. |
| Taxpayer ID No: | *******3226 |
| For Period Ending: | 08/22/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6363 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/15 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 89.66 | | 89.66 |
| 12/16/15 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 109,910.34 | | 110,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.66 | 109,910.34 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 163.39 | 109,746.95 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 78.14 | 109,668.81 |
| 02/29/16 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 40,000.00 | | 149,668.81 |
| 02/29/16 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 100,000.00 | | 249,668.81 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.46 | 249,489.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 370.87 | 249,118.48 |
| 05/06/16 | 300002 | Michael Desmond<br>c/o Figliulo & Silverman, PC<br>Ten South LaSalle Street, Suite 3600<br>Chicago, IL 60603 | Special Counsel for Trustee Fees<br>FEIN: 36-4063383 | | | 95,961.90 | 153,156.58 |
| | | | Fees           87,500.00 | 3210-600 | | | |
| | | | Expenses       8,461.90 | 3220-610 | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 358.43 | 152,798.15 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 273.20 | 152,524.95 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.46 | 152,305.49 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.45 | 152,079.04 |

Page Subtotals      250,000.00      97,920.96

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-41797 -ABG |
| Case Name: | OVERTON JR., HARRY B. |
| Taxpayer ID No: | *******3226 |
| For Period Ending: | 08/22/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6363  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 250,000.00 | 97,920.96 | 152,079.04 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 250,000.00 | 97,920.96 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 250,000.00 | 97,920.96 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6363 | | 250,000.00 | 97,920.96 | 152,079.04 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 250,000.00 | 97,920.96 | 152,079.04 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Ver: 19.06a
LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 22, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-41797  
Debtor Name: OVERTON JR., HARRY B.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd, Ste 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $1,338.75 | $1,338.75 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $15,839.84 | $15,839.84 |
| 001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60015 | Administrative | | $0.00 | $9,201.99 | $9,201.99 |
| 001<br>3220-00 | MICHAEL DESMOND<br>FIGLIULO & SILVERMAN<br>TEN SOUTH LASALLE, STE 3600<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $95,961.90 | $95,961.90 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $78.14 | $78.14 |
| 000001<br>070<br>7100-00 | General Pet Supply<br>c/o Cosmopolitan Service Corp<br>1606 Colonial Parkway<br>Inverness, IL 60067 | Unsecured | Duplicate claim; withdrawn per credit email | $0.00 | $17,975.14 | $0.00 |
| 000002<br>070<br>7100-00 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $716.04 | $716.04 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $588.56 | $588.56 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $17,991.18 | $17,991.18 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $76.33 | $76.33 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 22, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-41797  
Debtor Name: OVERTON JR., HARRY B.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $77.35 | $77.35 |
| 000007<br>070<br>7100-00 | General Pet Supply Inc<br>Cosmopolitan Service Corp<br>1040 S Arlington Heights Rd<br>Arlington Heights, IL 60005 | Unsecured | | $0.00 | $17,975.14 | $17,975.14 |
| 000008<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $43,633.78 | $43,633.78 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $17,376.59 | $17,376.59 |
| 000010<br>070<br>7100-00 | AmCap Northpoint, LLC<br>Tyler Manic<br>Schain Banks Kenny & Schwartz Ltd<br>70 West Madison Street Suite 5300<br>Chicago, Illinois 60602 | Unsecured | | $0.00 | $300,473.33 | $300,473.33 |
| | Case Totals: | | | $0.00 | $539,654.06 | $521,678.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41797
Case Name: OVERTON JR., HARRY B.
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---|---|
| Balance on hand | $ | 152,079.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,750.00 | $ 0.00 | $ 15,750.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 89.84 | $ 0.00 | $ 89.84 |
| Attorney for Trustee Fees: COHEN & KROL | $ 9,140.25 | $ 0.00 | $ 9,140.25 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 61.74 | $ 0.00 | $ 61.74 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,338.75 | $ 0.00 | $ 1,338.75 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: MICHAEL DESMOND | $ 87,500.00 | $ 87,500.00 | $ 0.00 |
| Other: MICHAEL DESMOND | $ 8,461.90 | $ 8,461.90 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 78.14 | $ 78.14 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 26,730.58 |
| Remaining Balance | $ 125,348.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 398,908.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | General Pet Supply c/o Cosmopolitan Service Corp 1606 Colonial Parkway Inverness, IL 60067 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Yellow Book Sales & Distribution c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | $ 716.04 | $ 0.00 | $ 225.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 588.56 | $ 0.00 | $ 184.94 |
| 000004 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 17,991.18 | $ 0.00 | $ 5,653.35 |
| 000005 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 76.33 | $ 0.00 | $ 23.99 |
| 000006 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 77.35 | $ 0.00 | $ 24.30 |
| 000007 | General Pet Supply Inc<br>Cosmopolitan Service Corp<br>1040 S Arlington Heights Rd<br>Arlington Heights, IL 60005 | $ 17,975.14 | $ 0.00 | $ 5,648.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 43,633.78 | $ 0.00 | $ 13,710.99 |
| 000009 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 17,376.59 | $ 0.00 | $ 5,460.22 |
| 000010 | AmCap Northpoint, LLC<br>Tyler Manic<br>Schain Banks Kenny & Schwartz Ltd<br>70 West Madison Street Suite 5300<br>Chicago, Illinois 60602 | $ 300,473.33 | $ 0.00 | $ 94,417.36 |

Total to be paid to timely general unsecured creditors       $       125,348.46

Remaining Balance                                           $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE