IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **HARRY B. OVERTON, JR.,** | ) | No. 12 B 41797 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

    I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 26, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Joseph E. Cohen
                                                                                One of His Attorney

General Pet Supply
c/o Cosmopolitan Svc Corp
1606 Colonial Parkway
Inverness, IL   600067

Yellow Book Sales & Distribution
c/o RMS Bankruptcy Recovery Svcs
P.O. Box 5126
Timonium, Maryland 21094

American Express Bank, FSB
Becket & Lee, LLP
Attorneys/Agent for Creditor
P.O. Box 3001
Malvern, PA   19355-0701

American Express Centurion Bank
Becket & Lee, LLP
Attorneys/Agent Creditor
P.O. Box 3001
Malvern, PA   19355-0701

General Pet Supply, Inc.
Cosmopolitan Service Corp
1040 S. Arlington Heights Rd
Arlington Heights, IL   60005

PYOD, LLC its successors and assigns
as assignee of Citibank SD NA
Resurgent Capital Svcs
P.O. Box 19008
Greenville, SC   29602

Am Cap Northpoint, LLC
TylerManic Schain Banks Kenny & Schwartz, Ltd.
70 West Madison Street
Ste 5300
Chicago, IL   60602

Timothy Hughes
thughes@lavellelaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov