**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-32297 |
| | § | |
| LONNIE H CHAMBERS, Jr. | § | |
| ELIZABETH A. CHAMBERS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $269,217.00 | Assets Exempt: | $55,078.98 |
| Total Distributions to Claimants: | $3,822.60 | Claims Discharged Without Payment: | $122,441.01 |
| Total Expenses of Administration: | $1,525.73 | | |

     3)    Total gross receipts of $7,191.04 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,842.71 (see **Exhibit 2),** yielded net receipts of $5,348.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $174,589.80 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,525.73 | $1,525.73 | $1,525.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $606,205.70 | $487,109.24 | $79,735.93 | $3,822.60 |
| **Total Disbursements** | $780,795.50 | $488,634.97 | $81,261.66 | $5,348.33 |

4). This case was originally filed under chapter 7 on 09/03/2014. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2017     By:  /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account BMO Haris xxxxxx1595 | 1129-000 | $408.48 |
| Photographic Equipment Location: In debtor's possession | 1129-000 | $152.00 |
| 2014 Tax Refund | 1224-000 | $5,652.00 |
| Checking Account Chase xxxxx4626 | 1229-000 | $978.56 |
| **TOTAL GROSS RECEIPTS** | | **$7,191.04** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LONNIE AND ELIZABETH CHAMBERS, Jr. | Exemptions | 8100-002 | $1,842.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,842.71** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $8,168.00 | $0.00 | $0.00 | $0.00 |
| | Bmo Harris Bank | 4110-000 | $77,560.00 | $0.00 | $0.00 | $0.00 |
| | Caliber Home Loans, In | 4110-000 | $61,803.00 | $0.00 | $0.00 | $0.00 |
| | Urban Partnership Bank | 4110-000 | $27,058.80 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$174,589.80** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,284.83 | $1,284.83 | $1,284.83 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $125.44 | $125.44 | $125.44 |
| Green Bank | 2600-000 | NA | $115.46 | $115.46 | $115.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,525.73** | **$1,525.73** | **$1,525.73** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $4,952.00 | $4,943.03 | $4,943.03 | $236.96 |
| 2 | Discover Bank | 7100-900 | $0.00 | $578.79 | $578.79 | $27.75 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $0.00 | $86.10 | $86.10 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 3; Quantum3 Group LLC as agent for) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.13 |
| 4 | PHEAA | 7100-000 | $61,177.00 | $71,613.80 | $71,613.80 | $3,433.22 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $1,588.00 | $1,588.56 | $1,588.56 | $76.16 |
| 6 | Credit First NA | 7100-900 | $322.00 | $347.05 | $347.05 | $16.64 |
| 7 | Cavalry SPV I, LLC Assignee of | 7100-900 | $0.00 | $578.60 | $578.60 | $27.74 |
| 8 | Urban Partnership Bank | 7100-000 | $491,639.02 | $407,373.31 | $0.00 | $0.00 |
|  | Bk Of Amer | 7100-000 | $3,901.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $4,943.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $8,398.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago | 7100-000 | $97.22 | $0.00 | $0.00 | $0.00 |
|  | Commonwealth Edison | 7100-000 | $110.27 | $0.00 | $0.00 | $0.00 |
|  | Farmers Insurance | 7100-000 | $445.80 | $0.00 | $0.00 | $0.00 |
|  | Peoplesene | 7100-000 | $772.00 | $0.00 | $0.00 | $0.00 |
|  | Sears/cbna | 7100-000 | $1,335.00 | $0.00 | $0.00 | $0.00 |
|  | Usefg/bank Of Ny Elt | 7100-000 | $26,313.00 | $0.00 | $0.00 | $0.00 |
|  | Waste Management | 7100-000 | $212.39 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $606,205.70 | $487,109.24 | $79,735.93 | $3,822.60 |

**UST Form 101-7-TDR (10/1/2010)**

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Date Filed (f) or Converted (c): | 09/03/2014 (f) |
| For the Period Ending: | 1/3/2017 | §341(a) Meeting Date: | 10/21/2014 |
| | | Claims Bar Date: | 07/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2014 Tax Refund (u) | $0.00 | $3,809.29 | | $5,652.00 | FA |
| Asset Notes: | $1842.71 is pro-rated portion of refund, returned to Debtors. | | | | | |
| 2 | 525 W 129th Place, Chicago 60628 | $114,645.00 | $7,085.00 | | $0.00 | FA |
| Asset Notes: | Not cost-effective to liquidate | | | | | |
| 3 | 2318 W. Marquette 60629 (8 unit apartment building) | $150,000.00 | $0.00 | | $0.00 | FA |
| 4 | 6827 S. Parnell, Chicago, 60621 (single family residence) | $23,000.00 | $0.00 | | $0.00 | FA |
| 5 | Co-op 4850 S. Lake Park, Chicago, 60615 (Purchased in August 2010 for $6060) | $6,000.00 | $6,000.00 | | $0.00 | FA |
| Asset Notes: | Other units in building appeared to be worth more; inquired re possible value in March 2016 and determined Debtor's interest not transferrable except at cost to Co-op Association. | | | | | |
| 6 | Cash on hand Location: In debtor's possession | $100.00 | $100.00 | | $0.00 | FA |
| 7 | Checking Account BMO Haris xxxxxx1595 | $1,908.48 | $408.48 | | $408.48 | FA |
| 8 | Checking Account Chase xxxxxx7646 | $1,433.65 | $0.00 | | $0.00 | FA |
| 9 | Savings Account Chase Bank xxxx8816 | $472.42 | $0.00 | | $0.00 | FA |
| 10 | Savings Account BMO Harris xxxx2285 | $1,973.25 | $0.00 | | $0.00 | FA |
| 11 | Household goods and furnishings including 14 year old LR furniture, 14 year old BR furniture, 17 year old stove, 6 year old refrigerator, 2 32" Tvs 1 year old & 6 years old, 26" tv and 2 year old Location: In debtor's possession | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | Ordinary Wearing Apparel Location: In debtor's possession | $1,500.00 | $0.00 | | $0.00 | FA |
| 13 | Photographic Equipment Location: In debtor's possession | $652.00 | $152.00 | | $152.00 | FA |
| 14 | Retirement Account IRA Location: Held in trust by Chase Bank | $11,466.27 | $0.00 | | $0.00 | FA |
| 15 | Retirement Account Location: Held in trust by Chicago Board of Education | Unknown | $0.00 | | $0.00 | FA |
| 16 | 2000 Ford Excursion (100,000 miles) Location: In debtor's possession | $2,270.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 14-32297-JBS | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Date Filed (f) or Converted (c): | 09/03/2014 (f) |
| For the Period Ending: | 1/3/2017 | §341(a) Meeting Date: | 10/21/2014 |
| | | Claims Bar Date: | 07/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | 2007 Chevy Equinox (78,000 miles) Location: In debtor's possession | $5,472.00 | $0.00 | | $0.00 | FA |
| 18 | Checking Account Chase xxxxx4626  (u) | $1,099.24 | $978.56 | | $978.56 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $323,992.31 | $18,533.33 | | $7,191.04 | $0.00 |

**Major Activities affecting case closing:**

05/24/2016   2016 Reporting Period:
Collected cash for all non-exempt funds & Debtor's camera equipment
Trustee reviewed claims; objection to claim 8 sustained
Ready for TFR

**Initial Projected Date Of Final Report (TFR):**   07/15/2016   **Current Projected Date Of Final Report (TFR):**   09/02/2016   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2015 | | United States Treasury | Unscheduled 2014 Tax Refund | * | $5,652.00 | | $5,652.00 |
| | {1} | | Estate Portion - Unscheduled 2014 Tax Refund   $3,809.29 | 1224-000 | | | $5,652.00 |
| | {1} | | Debtor's Portion - Unscheduled 2014 Tax Refund   $1,842.71 | 1224-002 | | | $5,652.00 |
| 04/22/2015 | 3001 | LONNIE AND ELIZABETH CHAMBERS, Jr. | Debtor's Pro-Rated Portion - Unscheduled 2014 Tax Refund | 8100-002 | | $1,842.71 | $3,809.29 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $3,806.65 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.19 | $3,799.46 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.93 | $3,793.53 |
| 07/01/2015 | | Lonnie Chambers | Payment for non-exempt equity in bank accounts and two cameras | * | $1,539.04 | | $5,332.57 |
| | {18} | | Payment for non-exempt funds in Chase Account 4626 as of Petition Date   $978.56 | 1229-000 | | | $5,332.57 |
| | {13} | | Payment for non-exempt value of Debtor's photography equipment   $152.00 | 1129-000 | | | $5,332.57 |
| | {7} | | Payment for non-exempt funds in BMO Harris Account 1595 as of Petition Date   $408.48 | 1129-000 | | | $5,332.57 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.19 | $5,324.38 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $5,316.35 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.30 | $5,308.05 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $5,299.21 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.99 | $5,291.22 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.53 | $5,282.69 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.52 | $5,274.17 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $5,266.21 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.49 | $5,257.72 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.48 | $5,249.24 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.19 | $5,241.05 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.18 | $5,232.87 |
| | | | SUBTOTALS | | $7,191.04 | $1,958.17 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-32297-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | | Account Title: | |
| For Period Beginning: | 9/3/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | 3002 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,284.83 | $3,948.04 |
| 11/30/2016 | 3003 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $125.44 | $3,822.60 |
| 11/30/2016 | 3004 | PHEAA | Amount Claimed: 71,613.80; Distribution Dividend: 4.79; Claim #: 4; Dividend: 65.60; Amount Allowed: 71,613.80; Notes: (4-1) STUDENT LOAN; | 7100-000 | | $3,433.22 | $389.38 |
| 11/30/2016 | 3005 | Discover Bank | Amount Claimed: 4,943.03; Distribution Dividend: 4.79; Claim #: 1; Dividend: 4.52; Amount Allowed: 4,943.03; Notes: ; | 7100-900 | | $236.96 | $152.42 |
| 11/30/2016 | 3006 | Discover Bank | Amount Claimed: 578.79; Distribution Dividend: 4.79; Claim #: 2; Dividend: 0.53; Amount Allowed: 578.79; Notes: ; | 7100-900 | | $27.75 | $124.67 |
| 11/30/2016 | 3007 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.13 | $120.54 |
| | | | Claim Amount $(4.13) | 7100-901 | | | $120.54 |
| 11/30/2016 | 3008 | Capital One Bank (USA), N.A. | Amount Claimed: 1,588.56; Distribution Dividend: 4.79; Claim #: 5; Dividend: 1.45; Amount Allowed: 1,588.56; Notes: ; | 7100-900 | | $76.16 | $44.38 |
| 11/30/2016 | 3009 | Credit First NA | Amount Claimed: 347.05; Distribution Dividend: 4.79; Claim #: 6; Dividend: 0.31; Amount Allowed: 347.05; Notes: ; | 7100-900 | | $16.64 | $27.74 |
| 11/30/2016 | 3010 | Cavalry SPV I, LLC Assignee of | Amount Claimed: 578.60; Distribution Dividend: 4.79; Claim #: 7; Dividend: 0.53; Amount Allowed: 578.60; Notes: ; | 7100-900 | | $27.74 | $0.00 |

| | | | | | SUBTOTALS | $0.00 | $5,232.87 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | | TOTALS: | $7,191.04 | $7,191.04 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $7,191.04 | $7,191.04 | |
| | | | Less: Payments to debtors | $0.00 | $1,842.71 | |
| | | | Net | $7,191.04 | $5,348.33 | |

**For the period of 9/3/2014 to 1/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,348.33 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $7,191.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2015 to 1/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,348.33 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $7,191.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,191.04 | $7,191.04 | $0.00 |

**For the period of 9/3/2014 to 1/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,348.33 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $7,191.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/03/2014 to 1/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,348.33 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $7,191.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ