UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                             §
                                                   §
OVERTON JR., HARRY B.                              §       Case No. 12-41797
                                                   §
_____Debtor_____           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 212,289.00 *(Without deducting any secured claims)* | Assets Exempt: 203,556.00 |
| Total Distributions to Claimants: 125,348.46 | Claims Discharged Without Payment: 376,728.72 |
| Total Expenses of Administration: 124,651.54 | |

3) Total gross receipts of $ 250,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 250,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 191,927.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 124,651.54 | 124,651.54 | 124,651.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 425,691.03 | 416,883.44 | 398,908.30 | 125,348.46 |
| **TOTAL DISBURSEMENTS** | $ 617,618.03 | $ 541,534.98 | $ 523,559.84 | $ 250,000.00 |

    4)  This case was originally filed under chapter 7 on  10/22/2012 .  The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/30/2016            By:/s/JOSEPH E. COHEN
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUD, CONVEYANCE | 1241-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 250,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Trust Bank P.O. Box 92992 Chicago, IL 60675 | | 91,930.00 | NA | NA | 0.00 |
| | Northern Trust Bank P.O. Box 92992 Chicago, IL 60675 | | 99,997.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 191,927.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 15,750.00 | 15,750.00 | 15,750.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 89.84 | 89.84 | 89.84 |
| ADAMS-LEVINE | 2300-000 | NA | 78.14 | 78.14 | 78.14 |
| ASSOCIATED BANK | 2600-000 | NA | 1,880.92 | 1,880.92 | 1,880.92 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| COHEN & KROL | 3110-000 | NA | 6,093.53 | 6,093.53 | 6,093.53 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 3,046.72 | 3,046.72 | 3,046.72 |
| COHEN & KROL | 3120-000 | NA | 61.74 | 61.74 | 61.74 |
| MICHAEL DESMOND | 3210-600 | NA | 87,500.00 | 87,500.00 | 87,500.00 |
| MICHAEL DESMOND | 3220-610 | NA | 8,461.90 | 8,461.90 | 8,461.90 |
| COOKE & LEWIS, LTD. | 3410-000 | NA | 1,338.75 | 1,338.75 | 1,338.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 124,651.54 | $ 124,651.54 | $ 124,651.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept of Employment Securit P.O. Box 3637 Springfield, IL 62708-3637 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Yellow pages DEX 8519 Innovation Way Chicago, IL 60682-0085 | | 10,584.27 | NA | NA | 0.00 |
| | AT & T Yellow pages c/o Joseph, Mann & Creed P.O. Box 22253 Beachwood, OH 44122-0253 | | 0.00 | NA | NA | 0.00 |
| | AmCap Northpoint, LLC 1281 East Main St Stamford, CT 06902 | | 0.00 | NA | NA | 0.00 |
| | AmCap Northpoint, LLC c/o Schain, Burney, Banks & Kenny 70 W. Madison St., Ste 4500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | American Engineering 3 West College Drive Arlington Heights, IL 60004 | | 6,032.92 | NA | NA | 0.00 |
| | Bank of America POB 15019 Wilmington, DE 19886-5019 | | 20,997.50 | NA | NA | 0.00 |
| | C.D. Ford P.O. Box 300 Geneseo, IL 61254 | | 6,365.14 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,945.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,863.31 | NA | NA | 0.00 |
| | Coastal Pet Products, Inc P.O. Box 901304 Cleveland, OH 44190-1304 | | 3,395.01 | NA | NA | 0.00 |
| | Country Court Animal Hospital 125 W. Dundee Rd Attn: Dr. Block Buffalo Grove, IL 60089 | | 3,384.42 | NA | NA | 0.00 |
| | DexOne POB 9001401 Louisville, KY 40290-1401 | | 0.00 | NA | NA | 0.00 |
| | Dutch Aquarium Systems 1616 E Main St Waxahachie, TX 75165 | | 2,513.80 | NA | NA | 0.00 |
| | Fia Csna Po Box 17054 Wilmington, DE 19850 | | 10,177.00 | NA | NA | 0.00 |
| | GECRB/Lord & Tay POB 965015 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Lord & Taylor Po Box 981400 El Paso, TX 79998 | | 2,169.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | General Pet Supply c/o Cosmopolitan Service Corp 1606 Colonial Parkway Inverness, IL 60067 | | 0.00 | NA | NA | 0.00 |
| | Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | | 0.00 | NA | NA | 0.00 |
| | Rolf C. Hagen (USA) Corp P.O. Box 415793 Boston, MA 02241-5793 | | 2,404.79 | NA | NA | 0.00 |
| | Sears/Cbna 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 | | 11,585.26 | NA | NA | 0.00 |
| | Veolia Environmental Services 4612 W. Lake St Melrose Park, IL 60160 | | 166.31 | NA | NA | 0.00 |
| | Wilson Pet Supply 6450 Muirfield Ct. Hanover Park, IL 60133 | | 11,585.00 | NA | NA | 0.00 |
| | Yellow Book c/o Rauch-Milliken International P. O. Box 8390 Metairie, LA 70011 | | 0.00 | NA | NA | 0.00 |
| 000010 | AMCAP NORTHPOINT, LLC | 7100-000 | 240,000.00 | 300,473.33 | 300,473.33 | 94,417.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 588.56 | 588.56 | 184.94 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 19,354.00 | 17,991.18 | 17,991.18 | 5,653.35 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 76.33 | 76.33 | 23.99 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 77.35 | 77.35 | 24.30 |
| 000001 | GENERAL PET SUPPLY | 7100-000 | 17,975.14 | 17,975.14 | 0.00 | 0.00 |
| 000007 | GENERAL PET SUPPLY INC | 7100-000 | NA | 17,975.14 | 17,975.14 | 5,648.31 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 44,476.97 | 43,633.78 | 43,633.78 | 13,710.99 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 17,376.59 | 17,376.59 | 5,460.22 |
| 000002 | YELLOW BOOK SALES & DISTRIBUTION | 7100-000 | 716.04 | 716.04 | 716.04 | 225.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 425,691.03 | $ 416,883.44 | $ 398,908.30 | $ 125,348.46 |

Case 12-41797 Doc 64 Filed 01/19/17 Entered 01/19/17 12:14:57 Desc Main
Document Page 10 of 15

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-41797 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | OVERTON JR., HARRY B. | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | 341(a) Meeting Date: | 12/06/12 |
| For Period Ending: 12/30/16 | | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 21807 Green Forest Road, Deer Park, IL -- Single f | 390,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
|     Cash | | | | | |
| 3. Financial Accounts | 2,500.00 | 0.00 | | 0.00 | FA |
|     Money in checking account at NTB Bank. | | | | | |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
|     Household goods | | | | | |
| 5. Books / Collectibles | 500.00 | 0.00 | | 0.00 | FA |
|     Books & Pictures | | | | | |
| 6. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
|     Clothing | | | | | |
| 7. Pension / Profit Sharing | 6,000.00 | 0.00 | | 0.00 | FA |
|     Roth | | | | | |
| 8. Pension / Profit Sharing | 5,000.00 | 0.00 | | 0.00 | FA |
|     HSA | | | | | |
| 9. Stock | 1,500.00 | 0.00 | | 0.00 | FA |
|     100% interest in Templeton Group, Inc., d/b/a Petland (an Illinois corporation formed 9/28/2000) | | | | | |
| 10. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
|     Loans to Templeton Group, Inc. d/b/a Petland in the amount of $450,308.00 | | | | | |
| 11. Vehicles | 3,645.00 | 0.00 | | 0.00 | FA |
|     1999 Jeep grand Cherokee | | | | | |
| 12. FRAUD, CONVEYANCE (u) | 0.00 | 300,000.00 | | 250,000.00 | FA |
| 13. ITHACA PISTOL (u) | 350.00 | 0.00 | | 0.00 | FA |
|     Initially unscheduled - on Amended Schedule B | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-41797 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | OVERTON JR., HARRY B. | | | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | | | 341(a) Meeting Date: | 12/06/12 |
| | | | | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. BRITISH WEBLEY PISTOL (u) | 300.00 | 0.00 | | 0.00 | FA |
| Initially unscheduled - on Amended Schedule B | | | | | |
| 15. 2005 SUBARU FORRESTER (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| Initially unscheduled - on Amended Schedule B | | | | | |

TOTALS (Excluding Unknown Values)        $415,845.00        $300,000.00        $250,000.00        Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW August 24, 2016, 11:17 am

TRUSTEE IS PREPARING TAX RETURNS AND WILL THEN FILE HIS TFR AND RELATED DOCUMENTS - 5/23/2016. ADVERSARY COMPLAINT HAS BEEN SETTLED AND WAITING FOR FULL PAYMENT ON ADVERSARY - 01/20/16. SETTLEMENT TALKS ARE UNDERWAY - Oct. 31, 2015. TRUSTEE HAS EMPLOYED SPECIAL COUNSEL AND LITIGATION CONTINUES - April 30, 2015. ADVERSARY COMPLAINT WAS FILED TO AVOID FRAUDULENT TRANSFER TO DEBTORS SPOUSE - Jan. 17, 2015.  TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. THE TRUSTEE HAS RECEIVED THE BOOKS AND FRECORDS AND IS CONDUCTING A PREFERENCE AND FRAUDYLENT CONVEYANCE ANALYSIS - January 17, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE IS DRAFTING ADVERSARY COMPLAINTS TO BE FILED - July 17, 2014. COMPLAINTS TO BE FILED SHORTLY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/30/15        Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-41797 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | OVERTON JR., HARRY B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6363  Checking Account |
| Taxpayer ID No: | *******3226 | | |
| For Period Ending: | 12/30/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/15 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 89.66 | | 89.66 |
| 12/16/15 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 109,910.34 | | 110,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.66 | 109,910.34 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 163.39 | 109,746.95 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 78.14 | 109,668.81 |
| 02/29/16 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 40,000.00 | | 149,668.81 |
| 02/29/16 | 12 | KATHERINE OVERTON | Settlement of Adversary | 1241-000 | 100,000.00 | | 249,668.81 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.46 | 249,489.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 370.87 | 249,118.48 |
| 05/06/16 | 300002 | Michael Desmond<br>c/o Figliulo & Silverman, PC<br>Ten South LaSalle Street, Suite 3600<br>Chicago, IL  60603 | Special Counsel for Trustee Fees<br>FEIN: 36-4063383 | | | 95,961.90 | 153,156.58 |
| | | | Fees          87,500.00 | 3210-600 | | | |
| | | | Expenses        8,461.90 | 3220-610 | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 358.43 | 152,798.15 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 273.20 | 152,524.95 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.46 | 152,305.49 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.45 | 152,079.04 |
| 10/28/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Trustee Compensation | | | 15,839.84 | 136,239.20 |
| | | | Fees          15,750.00 | 2100-000 | | | |
| | | | Expenses           89.84 | 2200-000 | | | |
| 10/28/16 | 300004 | CLERK OF THE U.S. BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 135,889.20 |
| | | | Page Subtotals | | 250,000.00 | 114,110.80 | |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-41797 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | OVERTON JR., HARRY B. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6363 Checking Account |
| Taxpayer ID No: | *******3226 | | |
| For Period Ending: | 12/30/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/16 | 300005 | 219 S DEARBORN<br>CHICAGO, IL 60604<br>COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60015<br><br>Fees 6,093.53<br>Expenses 61.74 | Attorney for Trustee fees<br><br><br><br><br>3110-000<br>3120-000 | | | 6,155.27 | 129,733.93 |
| 10/28/16 | 300006 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 3,046.72 | 126,687.21 |
| 10/28/16 | 300007 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd, Ste 100<br>Glenview, IL 60026 | Accountant for Trustee Fees (Other | 3410-000 | | 1,338.75 | 125,348.46 |
| 10/28/16 | 300008 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Claim 000002, Payment 31.42283% | 7100-000 | | 225.00 | 125,123.46 |
| 10/28/16 | 300009 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 31.42245%<br>(3-1) CREDIT CARD DEBT<br>(3-1)<br>Modified on 11/19/14 to correct creditor address (GB). | 7100-000 | | 184.94 | 124,938.52 |
| 10/28/16 | 300010 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 31.42290%<br>(4-1) CREDIT CARD DEBT<br>(4-1)<br>Modified on 11/19/14 to correct creditor address (GB). | 7100-000 | | 5,653.35 | 119,285.17 |
| 10/28/16 | 300011 | American Express Bank, FSB<br>Becket and Lee LLP | Claim 000005, Payment 31.42932%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 23.99 | 119,261.18 |

Page Subtotals 0.00 16,628.02

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-41797 -ABG | |
| Case Name: | OVERTON JR., HARRY B. | |
| Taxpayer ID No: | *******3226 | |
| For Period Ending: | 12/30/16 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******6363 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/16 | 300012 | Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701<br>American Express Centurion Bank<br>Becket and Lee LLP | (5-1)<br>Modified on 11/19/14 to correct creditor address (GB).<br>Claim 000006, Payment 31.41564%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 24.30 | 119,236.88 |
| 10/28/16 | 300013 | Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701<br>General Pet Supply Inc<br>Cosmopolitan Service Corp<br>1040 S Arlington Heights Rd<br>Arlington Heights, IL 60005 | (6-1)<br>Modified on 12/14/14 to correct creditor address (GB).<br>Claim 000007, Payment 31.42290% | 7100-000 | | 5,648.31 | 113,588.57 |
| 10/28/16 | 300014 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000008, Payment 31.42288% | 7100-000 | | 13,710.99 | 99,877.58 |
| 10/28/16 | 300015 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000009, Payment 31.42285% | 7100-000 | | 5,460.22 | 94,417.36 |
| 10/28/16 | 300016 | AmCap Northpoint, LLC<br>Tyler Manic<br>Schain Banks Kenny & Schwartz Ltd<br>70 West Madison Street Suite 5300<br>Chicago, Illinois 60602 | Claim 000010, Payment 31.42288%<br>(10-1) Modified on 1/20/15 to correct creditor address (GB). | 7100-000 | | 94,417.36 | 0.00 |

Page Subtotals         0.00         119,261.18

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-41797 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | OVERTON JR., HARRY B. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6363 Checking Account |
| Taxpayer ID No: | *******3226 | | | |
| For Period Ending: | 12/30/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 250,000.00 | 250,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 250,000.00 | 250,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 250,000.00 | 250,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6363 | 250,000.00 | 250,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 250,000.00 | 250,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*